

Todd Mizeski, Esq.
direct: 973.852.8363
tmizeski@frierlevitt.com

August 22, 2018

<u>*Via Electronic Case Filing*</u>

Honorable Ketanji Brown Jackson, U.S.D.J.
333 Constitution Avenue, NW
Room 6309
Washington, DC  20001

Re: Association of Independent Pharmaceutical Wholesalers, Inc. v. OptumRx <u>et al</u>.
Civil Case No. 1:16-cv-2214
<u>Notice of Settlement</u>

Dear Judge Brown Jackson:

The lawsuit has been resolved in principle via a confidential settlement. As such, any Opposition to Plaintiff's Motion for Preliminary Injunction, Document number 56, otherwise due yesterday, August 21, 2018, by OptumRx will not be submitted to the Court. As instructed, once the settlement is finalized, the parties will submit a stipulated dismissal with prejudice. This letter is submitted with the consent of the parties to the lawsuit.

Thank you.

Respectfully,

**FRIER & LEVITT, LLC**

s/ Todd Mizeski

Todd Mizeski, Esq.

TM/rld

cc: All Counsel of Record via ECF

Pine Brook | New York City
84 Bloomfield Avenue, Pine Brook, New Jersey 07058 | t 973-618-1660 | f 973.618.0650
Please respond to New Jersey office
www.FrierLevitt.com